[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

**Dated:  May 26, 2026**

Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                     Case No. 6:26–bk–00340–TPG
                                                                                            Chapter 13

Charles Thomas Rahn

_____Debtor*_____/

**ORDER GRANTING MOTION TO CONTINUE CONFIRMATION HEARING AND FOR EXTENSION OF TIME TO FILE AMENDED CHAPTER 13 PLAN**

THIS CASE came on for consideration without a hearing of the **Motion to Continue Confirmation Hearing and for Extension of Time to File Amended Chapter 13 Plan** (Doc. **33** ), filed by **Debtor Charles Rahn** .

The Court having considered the record, the Motion to Continue Confirmation Hearing and for Extension of Time to File Amended Chapter 13 Plan is Granted .

Debtor shall file an amended plan on or before June 8, 2026. A confirmation hearing will be scheduled by the Chapter 13 Trustee at a future date.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.