FILED ORL INTAKE- USBC
8 JUN 2026 PM2:50

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| In re:<br><br>**CHARLES THOMAS RAHN,**<br><br>    Debtor.<br><br>_____/ | Case No.: 6:26-bk-00340-TPG<br><br>Chapter 13 |
|---|---|

### DEBTOR'S AMENDED CHAPTER 13 PLAN

*(Amends and supersedes the Chapter 13 Plan filed January 7, 2026)*

**NOTICES**

To Debtor: This plan may modify your rights. Read it carefully. To Creditors: Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully. If you oppose this plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection within the time fixed by the court. This amended plan does not contain any nonstandard provision other than the corrections expressly described in Part 8.

### PART 1 — PLAN PAYMENTS AND LENGTH OF PLAN

**1.1** Debtor shall pay to the Chapter 13 Trustee the sum of $555.00 per month for a term of 60 months. Payments are funded by the Income/Wage Deduction Order (Doc. 30) directing the City of Orlando Police Pension Fund to remit the plan payment to the Trustee; Debtor will move to amend Doc. 30 to the payment stated above and will remit any difference directly pending entry of the amended order.

**1.2** Total funding over the life of the plan: approximately $33,300, of which approximately $29,970 is available for distribution to creditors after the Trustee's statutory fee.

### PART 2 — TRUSTEE'S FEE AND ADMINISTRATIVE CLAIMS

**2.1** The Chapter 13 Trustee shall be paid the percentage fee fixed by the United States Trustee (estimated at 10%) on all sums disbursed under the plan.

**2.2** Attorney's fees: None. Debtor is proceeding pro se.

### PART 3 — TREATMENT OF SECURED CLAIMS

**3.1 Maintenance of payments and cure of default (§ 1322(b)(5)) — Southern Villas Homeowners Association, Inc.**

**Collateral:** Debtor's principal residence, 4589 Southfield Avenue, Orlando, FL 32812. Debtor will RETAIN this property.

| Creditor | Pre-petition arrearage / secured claim (Claim 6-1) | Ongoing post-petition assessment |
|---|---|---|
| Southern Villas HOA, Inc. | $21,965.22 | $_____ per month |

**(a) Cure of arrearage.** The pre-petition arrearage of $21,965.22 (the Final Judgment of Foreclosure entered December 2, 2025 in Orange County Case No. 2023-CC-024011-O, plus post-judgment interest, assessments, fees, and costs as itemized in Claim 6-1) shall be cured in full through the plan, with interest at 6.00% per annum, in approximately equal monthly installments of $424.65 disbursed by the Trustee over 60 months.

**(b) Maintenance of ongoing assessments.** Debtor shall pay all post-petition regular assessments DIRECTLY to the Association as they come due, outside the plan, in the correct current amount.

**(c) Lien retention.** The Association shall retain its lien until its allowed secured claim is paid in full under the plan, after which the lien shall be released (§ 1325(a)(5)(B)). Upon completion, the Association shall be deemed current and shall release its Final Judgment lien of record.

**3.2 Secured claims paid in full through the plan — Orange County Tax Collector**

The following ad valorem property-tax claims are secured by statutory liens (Fla. Stat. ch. 197) on Debtor's residence and shall be paid in full through the plan, with interest at the 18% statutory rate (Fla. Stat. § 197.172; 11 U.S.C. § 511), in approximately equal monthly installments totaling approximately $71.41 over 60 months:

| Claim | Creditor / basis | Amount | Rate |
|---|---|---|---|
| 1-1 | Orange County Tax Collector — 2024 ad valorem | $944.19 | 18% |
| 2-1 | Orange County Tax Collector — 2023 ad valorem | $1,012.21 | 18% |
| 3-1 | Orange County Tax Collector — 2025 ad valorem | $855.66 | 18% |
| | **Total secured tax claims** | **$2,812.06** | |

**3.3 Other secured claims / valuation / lien avoidance.**

None.

## PART 4 — PRIORITY UNSECURED CLAIMS (§ 507)

**4.1** None. No priority claim has been filed. If a priority claim is filed before the governmental bar date (on or about July 19, 2026) or thereafter, Debtor will move to modify the plan to provide for it.

## PART 5 — NONPRIORITY UNSECURED CLAIMS

**5.1** Allowed nonpriority unsecured claims shall be paid pro rata from funds remaining after payment of secured claims, priority claims, and the Trustee's fee. The known unsecured claims are:

| Claim | Creditor / basis | Amount | Dividend |
|---|---|---|---|
| 4-1 | Orlando Credit Union — negative checking account | $1,887.27 | 0% |
| 5-1 | Orlando Credit Union — personal loan | $2,052.04 | 0% |

Total nonpriority unsecured                              $3,939.31

**5.2** *Best-interests test (§ 1325(a)(4)).* In a hypothetical Chapter 7 liquidation, Debtor's residence is fully exempt under Florida's constitutional homestead exemption (Art. X, § 4, Fla. Const.), and no non-exempt assets would be available; unsecured creditors would receive $0. A 0% dividend therefore satisfies the liquidation test. Debtor commits all projected disposable income to the plan (§ 1325(b)).

## PART 6 — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

None to assume or reject.

## PART 7 — VESTING OF PROPERTY OF THE ESTATE

Property of the estate shall vest in the Debtor upon completion of all plan payments and entry of the discharge.

## PART 8 — NONSTANDARD PLAN PROVISIONS

**8.1**  This Amended Chapter 13 Plan corrects the case number from the prior plan (which erroneously read 6:25-bk-08168-TPG) to the correct number, 6:26-bk-00340-TPG.

**8.2**  This Amended Plan is filed to resolve the Objection to Confirmation filed by Southern Villas Homeowners Association, Inc. (Doc. 32) by providing for cure of the Association's pre-petition arrearage and maintenance of the correct ongoing post-petition assessment, and to provide for the Orange County Tax Collector's secured claims, which the prior plan omitted.

Respectfully submitted this 8th day of June, 2026.

_____

Charles Thomas Rahn
Pro Se Debtor
4589 Southfield Avenue, Orlando, FL 32812
Telephone: (407) 383-3405

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Debtor's Amended Chapter 13 Plan was served by CM/ECF and/or first-class U.S. Mail, postage prepaid, on the parties below this 8th day of June, 2026:

**Chapter 13 Trustee**
Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790
info@c13orl.com

**Counsel for Southern Villas HOA, Inc.**
Carlos R. Arias, Esq.
Arias Bosinger, PLLC
280 W. Canton Ave., Ste. 330
Winter Park, FL 32789
carias@ablawfl.com

**Unsecured creditor (Claims 4-1 & 5-1)**
Orlando Credit Union
c/o Sorenson Van Leuven, PLLC
Post Office Box 3637
Tallahassee, FL 32315-3637
bk@svllaw.com

**U.S. Trustee**
Office of the United States Trustee
400 West Washington Street, Suite 1100
Orlando, FL 32801

_____
Charles Thomas Rahn, Pro Se Debtor