FILED ORL INTAKE- USBC
29 JUN 2026 PM2:31

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:

**CHARLES THOMAS RAHN,**

    Debtor.

_____/

Case No.: 6:26-bk-00340-TPG

Chapter 13

## DEBTOR'S MOTION TO AMEND INCOME DEDUCTION ORDER (DOC. 30) PURSUANT TO 11 U.S.C. § 1325(c)

CHARLES THOMAS RAHN, Debtor, pro se, respectfully moves this Honorable Court, pursuant to 11 U.S.C. § 1325(c) and applicable local rules, to amend the Income Deduction Order entered April 28, 2026 (Doc. 30) so as to increase the monthly deduction remitted to the Chapter 13 Trustee from the Debtor's City of Orlando Police Pension to conform to the Debtor's Second Amended Chapter 13 Plan, and in support thereof states as follows:

## I.
## BACKGROUND AND PROCEDURAL HISTORY

1. On January 20, 2026, Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code, assigned Case No. 6:26-bk-00340-TPG. Debtor is proceeding pro se.

2. On April 28, 2026, the Court entered an Income Deduction Order (Doc. 30) directing the City of Orlando Police Pension Fund to deduct $385.00 per month from the Debtor's pension income and remit that sum directly to the Chapter 13 Trustee, Laurie K. Weatherford.

3. Debtor has remitted plan payments in the amount of $400.00 per month and is current on plan payments under the order as administered.

4. Contemporaneously with this Motion, Debtor has filed a Second Amended Chapter 13 Plan that increases the monthly plan payment in order to fully fund the secured claims of Southern Villas Homeowners Association, Inc. (Claim 6-1, $21,965.22, cured with 6% interest) and the Orange County Tax Collector (Claims 1-1, 2-1, and 3-1, totaling $2,812.06, with 18% statutory interest).

## II.

## RELIEF REQUESTED AND BASIS

5.  The Second Amended Chapter 13 Plan provides for a stepped monthly plan payment: $400.00 for the month of June 2026, and $600.00 per month for July 2026 and each month thereafter through the term of the plan. The increase to $600.00 effective July 2026 is necessary and sufficient to fund the monthly disbursements to creditors required under the amended plan.

6.  The June 2026 payment must continue at the current level of $400.00 because the pension administrator cannot modify the pension deduction in time to change the amount withheld for that month. Debtor will remit the June 2026 payment under the existing arrangement, and will remit directly to the Trustee any difference between the amount deducted and the amount due, pending entry of the amended order.

7.  Pursuant to 11 U.S.C. § 1325(c), the court may order any entity from whom the debtor receives income to pay all or any part of such income to the trustee. *See* 11 U.S.C. §§ 1325(c), 1306(a)(2). Courts in the Middle District of Florida favor income and payroll deduction as standard practice in Chapter 13 cases due to increased plan-success rates and reduced default risk.

8.  Amending Doc. 30 to deduct $600.00 per month effective with the July 2026 pension payment will align the automatic deduction with the Debtor's Second Amended Chapter 13 Plan, ensure reliable and timely plan payments, and eliminate the risk of future delinquency.

9.  This amended deduction will not reduce Debtor's income below the level necessary for basic living expenses; Debtor's combined remaining monthly income after the deduction remains sufficient to meet his reasonable and necessary monthly expenses as reported in his Schedules.

### III.
### RELIEF REQUESTED

WHEREFORE, Debtor, Charles Thomas Rahn, respectfully requests that this Honorable Court:

a.  Enter an Amended Income Deduction Order, pursuant to 11 U.S.C. § 1325(c), directing the City of Orlando, or its pension administrator, to deduct $600.00 per month from Debtor's pension income, commencing with the July 2026 pension payment, and to remit said amount directly to the Chapter 13 Trustee, Laurie K. Weatherford;

b.  Provide that the June 2026 plan payment shall continue at $400.00 under the existing arrangement, with Debtor remitting any difference directly to the Trustee; and

c.  Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

_____
Charles Thomas Rahn
Pro Se Debtor
4589 Southfield Avenue, Orlando, FL 32812
Telephone: (407) 383-3405

Date: June 28, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Debtor's Motion to Amend Income Deduction Order (Doc. 30) was served upon the parties listed below by first-class U.S. Mail, postage prepaid, or by Electronic Notification through the Court's ECF System, on this 28th day of June, 2026.

**Chapter 13 Trustee:**
Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790
info@c13orl.com

**U.S. Trustee:**
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

**City of Orlando — Pension Administrator:**
City of Orlando
Human Resources / Pension Administration
400 South Orange Avenue
Orlando, FL 32801

**Counsel for Southern Villas HOA, Inc.:**
Carlos R. Arias, Esq.
Arias Bosinger, PLLC
280 W. Canton Ave., Ste. 330
Winter Park, FL 32789
carias@ablawfl.com

Charles Thomas Rahn, Pro Se Debtor

## EXHIBIT A
## [PROPOSED] AMENDED INCOME DEDUCTION ORDER

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:                                           Case No.: 6:26-bk-00340-TPG

**CHARLES THOMAS RAHN,**                         Chapter 13

    Debtor.

_____/

### AMENDED INCOME DEDUCTION ORDER

THIS MATTER came before the Court on the Debtor's Motion to Amend Income Deduction Order (Doc. 30). The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that the relief requested is appropriate and warranted. Accordingly, it is

**ORDERED:**

1. The Debtor's Motion to Amend Income Deduction Order (Doc. 30) is GRANTED, and the Income Deduction Order entered April 28, 2026 (Doc. 30) is amended as set forth below.

2. Pursuant to 11 U.S.C. § 1325(c), the City of Orlando, or its pension administrator, is hereby ORDERED to deduct from the pension income of the above-named Debtor, Charles Thomas Rahn, the sum of $600.00 per month, commencing with the July 2026 pension payment, and to remit such funds to the Chapter 13 Trustee at the following address:

Laurie K. Weatherford, Chapter 13 Trustee
Post Office Box 1103
Memphis, TN 38101-1103

3. The June 2026 plan payment shall continue at $400.00 under the existing arrangement; the Debtor shall remit directly to the Trustee any difference between the amount deducted and the amount due pending the City of Orlando's implementation of this Amended Order.

4. Payments shall include the Debtor's name (Charles Thomas Rahn) and case number (6:26-bk-00340-TPG) with each remittance.

5. Deductions shall continue until further order of this Court or until the Chapter 13 Trustee notifies the City of Orlando in writing that no further payments are required.

6. The City of Orlando is prohibited from discharging, refusing to employ, or taking any other adverse action against the Debtor by reason of this Order, pursuant to 11 U.S.C. § 525(b).

7. The City of Orlando shall notify the Chapter 13 Trustee in writing if the Debtor's pension is terminated, modified, or otherwise changes.

8. The Clerk's office is directed to serve a copy of this Order on all interested parties.

**ORDERED.**

Dated: _____

_____
Tiffany P. Geyer
United States Bankruptcy Judge