FILED ORL INTAKE- USBC
29 JUN 2026 PM2:31

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                          Case No.: 6:26-bk-00340-TPG

**CHARLES THOMAS RAHN,**                        Chapter 13

      Debtor.

_____/

## DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN

*(Amends and supersedes the Amended Chapter 13 Plan filed June 8, 2026 (Doc. 36), which amended the Chapter 13 Plan filed January 7, 2026)*

**NOTICES**

To Debtor: This plan may modify your rights. Read it carefully. To Creditors: Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully. If you oppose this plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection within the time fixed by the court. This Second Amended Plan does not contain any nonstandard provision other than those expressly described in Part 8.

**PART 1 — PLAN PAYMENTS AND LENGTH OF PLAN**

**1.1   Plan payments.** Debtor shall pay to the Chapter 13 Trustee a total of approximately $35,800.00 over a term of 60 months, payable as a stepped monthly payment as follows:

    (a)   $400.00 for the month of June 2026 (month 1); and

    (b)   $600.00 per month for months 2 through 60 (July 2026 through May 2031).

The June 2026 payment continues at the current level of $400.00 because the existing Income/Wage Deduction Order (Doc. 30) cannot be modified in time to change the amount deducted for that month. Effective with the July 2026 payment, the monthly amount steps up to $600.00, which is sufficient to fund the monthly disbursements to creditors required under this plan. Payments are funded by the Income/Wage Deduction Order (Doc. 30) directing the City of Orlando Police Pension Fund to remit the plan payment to the Trustee. Debtor is filing a contemporaneous Motion to Amend the Income Deduction Order (Doc. 30) to reflect the $600.00 monthly deduction effective with the July 2026 pension payment, and will remit any difference directly to the Trustee pending entry of the amended order.

**1.2 Total funding.** Total funding over the life of the plan is approximately $35,800.00, of which approximately $32,220.00 is available for distribution to creditors after the Trustee's statutory fee.

## PART 2 — TRUSTEE'S FEE AND ADMINISTRATIVE CLAIMS

**2.1** The Chapter 13 Trustee shall be paid the percentage fee fixed by the United States Trustee (estimated at 10%) on all sums disbursed under the plan.

**2.2 Attorney's fees:** None. Debtor is proceeding pro se.

## PART 3 — TREATMENT OF SECURED CLAIMS

**3.1 Maintenance of payments and cure of default (§ 1322(b)(5)) — Southern Villas Homeowners Association, Inc.**

Collateral: Debtor's principal residence, 4589 Southfield Avenue, Orlando, FL 32812. Debtor will RETAIN this property.

| Creditor | Pre-petition arrearage / secured claim (Claim 6-1) | Ongoing post-petition assessment |
|---|---|---|
| Southern Villas HOA, Inc. | $21,965.22 | $_____ per month |

**(a) Cure of arrearage.** The pre-petition arrearage of $21,965.22 (the Final Judgment of Foreclosure entered December 2, 2025 in Orange County Case No. 2023-CC-024011-O, plus post-judgment interest, assessments, fees, and costs as itemized in Claim 6-1) shall be cured in full through the plan, with interest at 6.00% per annum, in approximately equal monthly installments of $424.65 disbursed by the Trustee over 60 months.

**(b) Maintenance of ongoing assessments.** Debtor shall pay all post-petition regular assessments DIRECTLY to the Association as they come due, outside the plan, in the correct current amount.

**(c) Lien retention.** The Association shall retain its lien until its allowed secured claim is paid in full under the plan, after which the lien shall be released (§ 1325(a)(5)(B)). Upon completion, the Association shall be deemed current and shall release its Final Judgment lien of record.

**3.2 Secured claims paid in full through the plan — Orange County Tax Collector**

The following ad valorem property-tax claims are secured by statutory liens (Fla. Stat. ch. 197) on Debtor's residence and shall be paid in full through the plan, with interest at the 18% statutory rate

(Fla. Stat. § 197.172; 11 U.S.C. § 511), in approximately equal monthly installments totaling approximately $71.41 over 60 months:

| Claim | Creditor / basis | Amount | Rate |
|---|---|---|---|
| 1-1 | Orange County Tax Collector — 2024 ad valorem | $944.19 | 18% |
| 2-1 | Orange County Tax Collector — 2023 ad valorem | $1,012.21 | 18% |
| 3-1 | Orange County Tax Collector — 2025 ad valorem | $855.66 | 18% |
| | Total secured tax claims | $2,812.06 | |

**3.3  Other secured claims / valuation / lien avoidance.** None.

## PART 4 — PRIORITY UNSECURED CLAIMS (§ 507)

**4.1  None.** No priority claim has been filed. If a priority claim is filed before the governmental bar date (on or about July 19, 2026) or thereafter, Debtor will move to modify the plan to provide for it.

## PART 5 — NONPRIORITY UNSECURED CLAIMS

**5.1**  Allowed nonpriority unsecured claims shall be paid pro rata from funds remaining after payment of secured claims, priority claims, and the Trustee's fee. The known unsecured claims are:

| Claim | Creditor / basis | Amount | Dividend |
|---|---|---|---|
| 4-1 | Orlando Credit Union — negative checking account | $1,887.27 | 0% |
| 5-1 | Orlando Credit Union — personal loan | $2,052.04 | 0% |
| | Total nonpriority unsecured | $3,939.31 | |

**5.2  Best-interests test (§ 1325(a)(4)).** In a hypothetical Chapter 7 liquidation, Debtor's residence is fully exempt under Florida's constitutional homestead exemption (Art. X, § 4, Fla. Const.), and no non-exempt assets would be available; unsecured creditors would receive $0. A 0% dividend therefore satisfies the liquidation test. Debtor commits all projected disposable income to the plan (§ 1325(b)).

## PART 6 — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

None to assume or reject.

## PART 7 — VESTING OF PROPERTY OF THE ESTATE

Property of the estate shall vest in the Debtor upon completion of all plan payments and entry of the discharge.

## PART 8 — NONSTANDARD PLAN PROVISIONS

**8.1** This plan corrects the case number from the original Chapter 13 Plan (which erroneously read 6:25-bk-08168-TPG) to the correct number, 6:26-bk-00340-TPG.

**8.2** This plan provides for cure of the Southern Villas Homeowners Association, Inc. pre-petition arrearage and maintenance of the correct ongoing post-petition assessment, and provides for the Orange County Tax Collector's secured claims, resolving the Objection to Confirmation filed by the Association (Doc. 32) and the omissions in the original plan.

**8.3 Stepped plan payment.** Part 1 provides for a stepped monthly payment — $400.00 for June 2026 and $600.00 per month thereafter — in place of the flat $555.00 monthly payment stated in the prior Amended Plan (Doc. 36). The June 2026 payment continues at $400.00 because the existing Income/Wage Deduction Order (Doc. 30) cannot be modified in time to change the deduction for that month. The increase to $600.00 effective with the July 2026 payment is sufficient to fund the monthly disbursements to creditors under this plan. A contemporaneous Motion to Amend the Income Deduction Order (Doc. 30) is being filed to conform the pension deduction to the $600.00 monthly amount effective July 2026.

Respectfully submitted this 28th day of June, 2026.

_____

Charles Thomas Rahn
Pro Se Debtor
4589 Southfield Avenue, Orlando, FL 32812
Telephone: (407) 383-3405

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Debtor's Second Amended Chapter 13 Plan was served by CM/ECF and/or first-class U.S. Mail, postage prepaid, on the parties below this 28th day of June, 2026:

**Chapter 13 Trustee**

Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790
info@c13orl.com

**Counsel for Southern Villas HOA, Inc.**

Carlos R. Arias, Esq.
Arias Bosinger, PLLC
280 W. Canton Ave., Ste. 330
Winter Park, FL 32789
carias@ablawfl.com

**U.S. Trustee**

Office of the United States Trustee
400 West Washington Street, Suite 1100
Orlando, FL 32801

**Unsecured creditor (Claims 4-1 & 5-1)**

Orlando Credit Union
c/o Sorenson Van Leuven, PLLC
Post Office Box 3637
Tallahassee, FL 32315-3637
bk@svllaw.com

_____

Charles Thomas Rahn, Pro Se Debtor

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
### Orlando Division

IN RE:

CHARLES THOMAS RAHN

Case No:    6:26-bk-00340-TPG

Debtor  /     Chapter 13

## Motion to Dismiss for Failure to Maintain Timely Plan Payments
### Total Due $1,730.00

| Notice of Opportunity to Object and Request for Hearing |
| --- |
| If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy of the same on the Chapter 13 Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790 (and any other appropriate persons) within the time frame allowed within 21days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail. <br><br> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing. <br><br> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response. |

COMES NOW Laurie K. Weatherford, Chapter 13 Standing Bankruptcy Trustee for the Middle District of Florida, Orlando Division, and shows:

1. The Debtor filed this Chapter 13 case on 01/20/2026.

2. Pursuant to 11 USC 1322 (a)(1) the Debtor was to file a plan which among other things provides for the submission of all or such portion of future earnings or other income of the Debtor to the supervision and control of the Trustee as is necessary for the execution of the plan.

3. The Debtor has failed to submit the supervision and control of the Trustee funds necessary for a

plan to be successful in this case.

4. That review of the Debtor's Report of Receipts and of the Debtor's individual payments for this case reflects the Debtor is delinquent in payments under the Chapter 13 Plan in the amount of $1,175.00 through June 25, 2026 and will be delinquent an additional payment of $555.00 which will come due on July 20, 2026 for a delinquency in the sum of $1,730.00. Said total sum includes the next plan payment due under the Chapter 13 Plan which will become due and payable within the time frame allowed by the court for the Debtor to become current in the plan payments. A copy of the Plan Payment Schedule and Trustee's Report of Receipts is attached hereto as **Exhibit "A"**.

WHEREFORE, the Trustee moves this honorable Court for an order dismissing this case unless the Debtor pay(s) the entire arrearage as listed above the Chapter 13 Trustee on or before **July 16, 2026** by mailing said sum to the payment address at **Post Office Box 1103, Memphis, TN 38101-1103**, and granting such relief as the court may deem appropriate.

## Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 25th day of June, 2026.

**Debtor** - Charles Thomas Rahn, 4589 Southfield Ave., Orlando, FL 32812

BY: /S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com

## Exhibit "A"

### Plan Payment Schedule

| Period | Date (Month/Year) | Payment Due | Payment Received | Amount Due |
|--------|-------------------|-------------|------------------|------------|
| 1 | 02/2026 | $555.00 | $0.00 | $555.00 |
| 2 | 03/2026 | $555.00 | $0.00 | $1,110.00 |
| 3 | 04/2026 | $555.00 | $1,200.00 | $465.00 |
| 4 | 05/2026 | $555.00 | $400.00 | $620.00 |
| 5 | 06/2026 | $555.00 | $0.00 | $1,175.00 |

### Report of Receipts

| Receipt Date | Source | Amount | Receipt Date | Source | Amount |
|--------------|--------|--------|--------------|--------|--------|
| 04/15/2026 | 7503 | $400.00 | | | |
| 04/21/2026 | 7865 | $800.00 | | | |
| 05/27/2026 | 7495 | $400.00 | | | |