**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**
**Orlando Division**

IN RE:                                                                          Case No:       **6:26-bk-00340-TPG**

**CHARLES THOMAS RAHN**

                                                            **Debtor   /**               **Chapter 13**

_____

**Notice of Withdrawal of Motion to Dismiss for Failure to Maintain Timely Plan Payments**

Laurie K. Weatherford, Chapter 13 Trustee, hereby withdraws the Motion to Dismiss for Failure to Maintain Timely Plan Payments filed June 25, 2026 (Document No. 38).

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 30th day of June,  2026.

**Debtor** - Charles Thomas Rahn, 4589 Southfield Ave., Orlando, FL  32812

                                                                                **/S/ LAURIE K. WEATHERFORD**
                                                                                _____
                                                                                Chapter 13 Trustee
                                                                                Stuart Ferderer
                                                                                FBN 0746967
                                                                                Ana DeVilliers
                                                                                FBN 0123201

                                                                                PO Box 3450
                                                                                Winter Park, FL 32790
                                                                                Telephone: 407-648-8841
                                                                                Facsimile: 407-648-2665
                                                                                info@c13orl.com