UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Charles Thomas Rahn,                                    Case No.: 6:26-bk-00340-TPG
                                                        Chapter 13

      Debtor.

_____/

## PROOF OF SERVICE

I HEREBY CERTIFY that a copy of the *Notice of Postpetition Mortgage Fees, Expenses,*

*and Charges (Doc. 42)* for Southern Villas Homeowners Association, Inc., was served by

electronic transmission upon the U.S. Trustee, and all parties having entered an appearance via

the Court's CM/ECF system, and by U.S. first class mail, postage prepaid to:

Charles Thomas Rahn
4589 Southfield Ave.
Orlando, FL 32812

On this 1st day of July 2026.

                                            */s/ Carlos R. Arias, Esquire*
                                            Carlos R. Arias, Esquire
                                            carias@ablawfl.com
                                            Florida Bar No.: 0820911
                                            Arias Bosinger, PLLC.
                                            280 W. Canton Ave., Ste. 330
                                            Winter Park, Florida 32789
                                            (407) 636-2549