**ORDERED.**

**Dated:  July 13, 2026**

Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Charles Thomas Rahn,                                   Case No. 6:26-bk-00340-TPG
                                                       Chapter 13

       Debtor.

_____/

### ORDER GRANTING DEBTOR'S
### MOTION TO AMEND WAGE DEDUCTION ORDER

THIS CASE came on for consideration without a hearing on the Debtor's motion (the "Motion") (Doc. No. 39) asking this Court to amend the "Order Granting in Part Debtor's Motion for Entry of Wage Deduction Order Pursuant to 11 U.S.C. § 1325(c)" (the "Wage Deduction Order") (Doc. No. 30) to increase the amount deducted. The Debtor wishes to increase the amount deducted from his pension from $385 per month to $600 per month to fully fund the secured claims of Southern Villas Homeowners Association, Inc., and the Orange County Tax Collector. (*Id.* ¶ 4.) The Debtor represents that the increase will not reduce his "income below the level necessary for basic living expenses . . . [and his] combined monthly income after the deduction remains sufficient to meet his reasonable and necessary monthly

expenses as reported in his Schedules." (*Id.* ¶ 9.)

Accordingly, it is

**ORDERED** as follows:

1. The Motion (Doc. No. 39) is **GRANTED**.

2. The Wage Deduction Order (Doc. No. 30) is amended to direct the City of Orlando Police Pension Fund, Office of Business and Financial Services, Pension Coordinator, 4th Floor, City Hall, 400 South Orange Avenue, Orlando, Florida 32801, to deduct $600.00 per month from the future disbursements of Charles Thomas Rahn, SSN xxx-xx-3751.

3. The City of Orlando Police Pension Fund must forward such deductions at least once each month to:

   Laurie K. Weatherford, Trustee
   P.O. Box 1103
   Memphis, TN 38101-1103

   The City of Orlando Police Pension Fund must place Account # 6:26-bk-00340-TPG on all checks sent to the Chapter 13 Trustee.

4. This Order shall remain in effect until further order of this Court or until any of the following occurs:

   a. Filing by Chapter 13 Trustee of Notice of Completion of Chapter 13 Plan;

   b. Entry of an order vacating this Order;

   c. Entry of an order converting this case to another chapter of the Bankruptcy Code;

   d. Entry of an order dismissing this Chapter 13 case; or

   e. Entry of an order discharging the Debtor after completion of the Chapter 13 Plan.

###

The Clerk is directed to serve a copy of this order on all interested parties.

2