**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re
CHARLES THOMAS RAHN

Case No: 6:26-bk-00340-TPG
Chapter 13

Debtor /

## Notice of Chapter 13 Confirmation Hearing

**PLEASE TAKE NOTICE** that the Debtor filed a Chapter 13 Plan or Amended Chapter 13 Plan, a copy of which has previously been served upon you.

Creditors are advised that the payment amounts and frequency of payments as described in the Debtor's plan will become effective upon confirmation of the plan unless the affected creditor files an objection to the confirmation within 21 days from the date of this notice. Such objection must be filed with the Clerk, United States Bankruptcy Court, 400 West Washington Street, Suite 5100, Orlando, FL 32801.

**NOTICE IS FURTHER GIVEN** that a confirmation hearing will be held on 09/09/2026 at 10:45 AM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, Orlando, FL 32801.

All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Tiffany P. Geyer's Hearing Procedures. Parties are directed to consult Judge Geyer's Hearing Procedures regarding the Court's policies and procedures for remote attendance at hearings.

At the confirmation hearing, the Court will hear and determine any objections to confirmation filed by any affected creditor. **The Court will also hear and determine each motion, objection, and other matter filed by any party in interest that is then pending and requires determination**, provided that the motion, objection, or other matter was filed and served a period of time before the confirmation hearing no less than that required by the Federal Rules of Bankruptcy Procedure for notice of hearing of such a matter. The Court deems that the Debtor objects on the grounds of timeliness to all proofs of claim and amendments to proofs of claim filed by any creditor after the bar date for filing claims. If confirmation is denied, the Court may also consider dismissal or conversion.

Appropriate Attire. You are reminded that Local Rule 5072-(b) (16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilitites. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. **You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and computers into the Courthouse** absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Filed and served on the Court's official mailing matrix this 13th day of July, 2026.

**/S/ LAURIE K. WEATHERFORD**

Chapter 13 Trustee
Stuart Ferderer, FBN 0746967
Ana DeVilliers, FBN 0123201
PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com

Label Matrix for local noticing
113A-6
Case 6:26-bk-00340-TPG
Middle District of Florida
Orlando
Mon Jul 13 16:43:33 EDT 2026

ORANGE COUNTY TAX COLLECTOR
P.O. BOX 545100
ORLANDO, FL 32854-5100

Orlando Credit Union
c/o J. Blair Boyd
Post Office Box 3637
Tallahassee, FL 32315-3637

Charles Thomas Rahn
4589 Southfield Ave.
Orlando, FL 32812-7751

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Orlando Credit Union -
945 South Orange Avenue
Orlando, FL 32806-1212

Orlando Credit Union
Sorenson Van Leuven, PLLC
Post Office Box 3637
Tallahassee, Florida 32315-3637

Southern Villas Homeowners Association
Orlando FL 32812

Southern Villas Homeowners Association, Inc.
c/o Arias Bosinger, PLLC
280 W. Canton Ave., Suite 330
Winter Park, FL 32789-3167

Southern Villas Homeowners Association, Inc.
c/o Carlos R. Arias, Esquire
Arias Bosinger, PLLC
280 W. Canton Ave., Ste. 330
Winter Park, FL 32789-3167

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

United States Trustee - ORL7/13 7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Carlos R Arias +
Arias Bosinger, PLLC
280 W. Canton Ave., Ste. 330
Winter Park, FL 32789-3167

John Blair Boyd +
Sorenson Van Leuven Law Firm
Post Office Box 3637
Tallahassee, FL 32315-3637

Tiffany P. Geyer +
Orlando
400 West Washington Street
Room 6100
Orlando, FL 32801-2207

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Southern Villas Homeowners Association, In

(u)Internal Revenue Service
PO Box 932700
Post Office Box 7346

(d)Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

(d)Orange County Tax Collector -
PO Box 545100
Orlando FL 32854-5100

(d)Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

(d)Orlando Credit Union
c/o J. Blair Boyd
Post Office Box 3637
Tallahassee, FL 32315-3637

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients 15
Bypassed recipients 7
Total 22