**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: **CHARLES THOMAS RAHN**

Case No. **6:26-bk-00340-TPG**
Chapter 13

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies/impediments to confirmation and objects to confirmation as follows:

☐ Tax Returns: **2023, 2024 & 2025**
☑ Bank Statements ☑ 3 Mos. Pre-Petition

☐ Income Understated: ____________
☐ Objections to Claim:
__________ ☐ Not Filed ☐ Not Resolved
__________ ☐ Not Filed ☐ Not Resolved
__________ ☐ Not Filed ☐ Not Resolved
__________ ☐ Not Filed ☐ Not Resolved
__________ ☐ Not Filed ☐ Not Resolved

☐ POC Incorrectly Paid or Not Treated

☑ Signed 341 Discl. Forms ☐ DSO Form
☐ Form 2030 and Plan do not match
☐ Misc. 341 Requests:

☐ Objectionable Exp Sch J: ____________
☑ Motions:
**DOC#48** ☐ Not Filed ☑ Not Resolved
**DOC#49** ☐ Not Filed ☑ Not Resolved
__________ ☐ Not Filed ☐ Not Resolved
__________ ☐ Not Filed ☐ Not Resolved
__________ ☐ Not Filed ☐ Not Resolved

☐ MMM Motion Not Filed
☑ Liquidity Short: **$2,202.83**
☐ Does Not Pay Disposable Income or 100%

Other:

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

**IMPORTANT NOTICE REGARDING CONFIRMATION: IF DEBTOR(S) OBJECT(S) TO THE TRUSTEE'S RECOMMENDATION, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE BEFORE 2PM TWO (2) BUSINESS DAYS PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.** Unless the Debtor's attorney receives an email with a proposed confirmation order that will be presented at the confirmation hearing, or is otherwise excused from attendance by the Judge, the Debtor's attorney must appear at the confirmation hearing. Please note: documents that were not timely filed/received by the Trustee may not be considered or reviewed until the next hearing date.

Deficiencies must be cured by 5pm on **9/2/2026** to be considered for the current confirmation hearing scheduled for **Wednesday, September 9, 2026 10:45 AM**.

**TRUSTEE'S RECOMMENDATION**

- ☐ Continue to ____________
- ☐ Review Attorney Fees
- ☑ Confirm per attached spreadsheet
- ☑ Other:

**The attached proposed spreadsheet pays 100% to the unsecured creditors due to liquidity requirements. The proposed Confirmation Order will be subject to the requested documents being provided and the Debtor being current in Plan payments.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the Debtor(s)'s Attorney, **PRO SE**, and by US First Class Pre-Paid Mail on the Debtor(s) on the same day filed with the Court.

Respectfully submitted,
/s/ Laurie K. Weatherford
LAURIE K. WEATHERFORD, Trustee
Stuart Ferderer, Esq.
Fla. Bar No. 0746967
Ana V. De Villiers, Esq.
Fla. Bar No. 0123201
P.O. Box 3450
Winter Park, FL 32790
Telephone: (407) 648-8841

| DUE DATE | | 26-340 | | | RAHN | 2ND AMENDED DE40 6/29/26 | | | | | | # 350 | | | CLAIM 6 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20th | | 2/20/2026 | | | | 10.0% | | | | | | MONITORING | | | SOUTHERN VILLAS | | S |
| | | Unsecured | | | Debtor Pmt | Tee Fee | | | ATTY | | | FEE | | | HOA | | |
| | 60 | | 60 | | | | | | | | | | | | | | |
| 2/20/2026 | 1 | $0.00 | | | $400.00 | $40.00 | 1 | at | PRO SE | 1 | at | PRO SE | 1 | at | PD DIRECT | | |
| 3/20/2026 | 2 | $0.00 | | | $400.00 | $40.00 | | | | | | | | | | | |
| 4/20/2026 | 3 | $0.00 | | | $400.00 | $40.00 | | | | | | | | | | | |
| 5/20/2026 | 4 | $0.00 | | | $400.00 | $40.00 | | | | | | | | | | | |
| 6/20/2026 | 5 | $0.00 | 5 | at | **$400.00** | $40.00 | | | | | | | | | | 5 | at |
| 7/20/2026 | 6 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 8/20/2026 | 7 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 9/20/2026 | 8 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 10/20/2026 | 9 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 11/20/2026 | 10 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 12/20/2026 | 11 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 1/20/2027 | 12 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 2/20/2027 | 13 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 3/20/2027 | 14 | $9.79 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 4/20/2027 | 15 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 5/20/2027 | 16 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 6/20/2027 | 17 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 7/20/2027 | 18 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 8/20/2027 | 19 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 9/20/2027 | 20 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 10/20/2027 | 21 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 11/20/2027 | 22 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 12/20/2027 | 23 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 1/20/2028 | 24 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 2/20/2028 | 25 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 3/20/2028 | 26 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 4/20/2028 | 27 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 5/20/2028 | 28 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 6/20/2028 | 29 | $31.56 | 24 | at | **$600.00** | $60.00 | | | | | | | | | | | |
| 7/20/2028 | 30 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 8/20/2028 | 31 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 9/20/2028 | 32 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 10/20/2028 | 33 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 11/20/2028 | 34 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 12/20/2028 | 35 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 1/20/2029 | 36 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 2/20/2029 | 37 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 3/20/2029 | 38 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 4/20/2029 | 39 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 5/20/2029 | 40 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 6/20/2029 | 41 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 7/20/2029 | 42 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 8/20/2029 | 43 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 9/20/2029 | 44 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 10/20/2029 | 45 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 11/20/2029 | 46 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 12/20/2029 | 47 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 1/20/2030 | 48 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 2/20/2030 | 49 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 3/20/2030 | 50 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 4/20/2030 | 51 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 5/20/2030 | 52 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 6/20/2030 | 53 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 7/20/2030 | 54 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 8/20/2030 | 55 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 9/20/2030 | 56 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 10/20/2030 | 57 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 11/20/2030 | 58 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | | |
| 12/20/2030 | 59 | $112.56 | | | $690.00 | $69.00 | | | | | | | | | | 54 | at |
| 1/20/2031 | 60 | $113.34 | 31 | at | **$690.00** | $69.00 | 59 | at | | 59 | at | | 59 | at | | 1 | at |
| | | | | | | | | | | | | | | | | | |
| | | $3,973.33 | | | $37,790.00 | $3,779.00 | | | | | | | | | | | |
| DI = $385.00 | | $3,939.31 | | | | | | | ATTY | | | | | | | | |
| | | 101% | | | | | | | | | | Claim # 350 | | | | | |
| | | 100% PLAN | | | | | | | | | | | | | | | |
| | | DUE TO LIQ | | | | | | | | | | | | | | | |

| DUE DATE | | CLAIM 6 |
|---|---|---|
| 20th | | OUTHERN VILLAS |
| | | HOA ARREARS |
| | 60 | |
| 2/20/2026 | 1 | $288.58 |
| 3/20/2026 | 2 | $288.58 |
| 4/20/2026 | 3 | $288.58 |
| 5/20/2026 | 4 | $288.58 |
| 6/20/2026 | 5 | **$288.58** |
| 7/20/2026 | 6 | $437.02 |
| 8/20/2026 | 7 | $437.02 |
| 9/20/2026 | 8 | $437.02 |
| 10/20/2026 | 9 | $437.02 |
| 11/20/2026 | 10 | $437.02 |
| 12/20/2026 | 11 | $437.02 |
| 1/20/2027 | 12 | $437.02 |
| 2/20/2027 | 13 | $437.02 |
| 3/20/2027 | 14 | $437.02 |
| 4/20/2027 | 15 | $437.02 |
| 5/20/2027 | 16 | $437.02 |
| 6/20/2027 | 17 | $437.02 |
| 7/20/2027 | 18 | $437.02 |
| 8/20/2027 | 19 | $437.02 |
| 9/20/2027 | 20 | $437.02 |
| 10/20/2027 | 21 | $437.02 |
| 11/20/2027 | 22 | $437.02 |
| 12/20/2027 | 23 | $437.02 |
| 1/20/2028 | 24 | $437.02 |
| 2/20/2028 | 25 | $437.02 |
| 3/20/2028 | 26 | $437.02 |
| 4/20/2028 | 27 | $437.02 |
| 5/20/2028 | 28 | $437.02 |
| 6/20/2028 | 29 | $437.02 |
| 7/20/2028 | 30 | $437.02 |
| 8/20/2028 | 31 | $437.02 |
| 9/20/2028 | 32 | $437.02 |
| 10/20/2028 | 33 | $437.02 |
| 11/20/2028 | 34 | $437.02 |
| 12/20/2028 | 35 | $437.02 |
| 1/20/2029 | 36 | $437.02 |
| 2/20/2029 | 37 | $437.02 |
| 3/20/2029 | 38 | $437.02 |
| 4/20/2029 | 39 | $437.02 |
| 5/20/2029 | 40 | $437.02 |
| 6/20/2029 | 41 | $437.02 |
| 7/20/2029 | 42 | $437.02 |
| 8/20/2029 | 43 | $437.02 |
| 9/20/2029 | 44 | $437.02 |
| 10/20/2029 | 45 | $437.02 |
| 11/20/2029 | 46 | $437.02 |
| 12/20/2029 | 47 | $437.02 |
| 1/20/2030 | 48 | $437.02 |
| 2/20/2030 | 49 | $437.02 |
| 3/20/2030 | 50 | $437.02 |
| 4/20/2030 | 51 | $437.02 |
| 5/20/2030 | 52 | $437.02 |
| 6/20/2030 | 53 | $437.02 |
| 7/20/2030 | 54 | $437.02 |
| 8/20/2030 | 55 | $437.02 |
| 9/20/2030 | 56 | $437.02 |
| 10/20/2030 | 57 | $437.02 |
| 11/20/2030 | 58 | $437.02 |
| 12/20/2030 | 59 | **$437.02** |
| 1/20/2031 | 60 | **$436.97** |
| | | |
| | | $25,478.95 |
| **DI = $385.00** | | **$25,478.95** |
| | | **$21,965.22 @ 6% INT** |
| | | |
| | | |

| DUE DATE | | CLAIM 6 | | | CLAIM 1 | | | CLAIM 2 | | | CLAIM 3 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20th | | SOUTHERN VILLAS | | | ORANGE COUNTY | | | ORANGE COUNTY | | | ORANGE COUNTY | | | | | | | |
| | | POSTPET FEES | | | TAX COLLECTOR | | | TAX COLLECTOR | | | TAX COLLECTOR | | | | | | | |
| | 60 | | | | 2024 PROP. TAXES | | | 2023 TAXES | | | 2025 TAXES | | | | | | | |
| 2/20/2026 | 1 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 3/20/2026 | 2 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 4/20/2026 | 3 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 5/20/2026 | 4 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 6/20/2026 | 5 | 5 | at | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 7/20/2026 | 6 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 8/20/2026 | 7 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 9/20/2026 | 8 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 10/20/2026 | 9 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 11/20/2026 | 10 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 12/20/2026 | 11 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 1/20/2027 | 12 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 2/20/2027 | 13 | 8 | at | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 3/20/2027 | 14 | 1 | at | $21.77 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 4/20/2027 | 15 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 5/20/2027 | 16 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 6/20/2027 | 17 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 7/20/2027 | 18 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 8/20/2027 | 19 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 9/20/2027 | 20 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 10/20/2027 | 21 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 11/20/2027 | 22 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 12/20/2027 | 23 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 1/20/2028 | 24 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 2/20/2028 | 25 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 3/20/2028 | 26 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 4/20/2028 | 27 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 5/20/2028 | 28 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 6/20/2028 | 29 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 7/20/2028 | 30 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 8/20/2028 | 31 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 9/20/2028 | 32 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 10/20/2028 | 33 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 11/20/2028 | 34 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 12/20/2028 | 35 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 1/20/2029 | 36 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 2/20/2029 | 37 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 3/20/2029 | 38 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 4/20/2029 | 39 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 5/20/2029 | 40 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 6/20/2029 | 41 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 7/20/2029 | 42 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 8/20/2029 | 43 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 9/20/2029 | 44 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 10/20/2029 | 45 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 11/20/2029 | 46 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 12/20/2029 | 47 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 1/20/2030 | 48 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 2/20/2030 | 49 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 3/20/2030 | 50 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 4/20/2030 | 51 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 5/20/2030 | 52 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 6/20/2030 | 53 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 7/20/2030 | 54 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 8/20/2030 | 55 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 9/20/2030 | 56 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 10/20/2030 | 57 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 11/20/2030 | 58 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 12/20/2030 | 59 | | | | 59 | at | $23.98 | 59 | at | $25.71 | 59 | at | $21.73 | | | | | |
| 1/20/2031 | 60 | 46 | at | | 1 | at | $23.75 | 1 | at | $25.32 | 1 | at | $21.62 | 60 | at | | 60 | at |
| | | | | | | | | | | | | | | | | | | |
| | | | | $274.25 | | | $1,438.57 | | | $1,542.21 | | | $1,303.69 | | | | | |
| **DI = $385.00** | | | | **$274.25** | | | **$1,438.57** | | | **$1,542.21** | | | **$1,303.69** | | | | | |
| | | | | **PPMF** | | | **$944.19 @ 18% INT** | | | **$1,012.21 @ 18% INT** | | | **$855.66 @ 18% INT** | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |