UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No. 6:26-bk-00340-TPG
Chapter 13

CHARLES THOMAS RAHN,

Debtor(s).
____________________________________/

## TRUSTEE'S NOTICE OF FILING CORRESPONDENCE

COMES NOW, the Chapter 13 Trustee, Laurie K. Weatherford, and files with the Court a copy of email correspondence and proposed Plan spreadsheet sent to the Pro Se Debtor, Charles Thomas Rahn, on September 10, 2026.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have forwarded a true and correct copy of the foregoing via United States Regular Mail or by electronic transmission on September 10, 2026 to the following:

**Debtor** - Charles Thomas Rahn, 4589 Southfield Ave., Orlando, FL 32812

BY: /s/ Laurie K. Weatherford
LAURIE K. WEATHERFORD, Trustee
Stuart Ferderer, Esquire
Fla. Bar No. 0746967
Ana V. De Villiers, Esquire
Fla Bar No. 0123201
Post Office Box 3450
Winter Park, Florida 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665
info@c13orl.com

Outlook

## Re: 6:26-bk-00340-TPG CHARLES THOMAS RAHN

**From** Chrystal G. <chrystalb@c13orl.com>
**Date** Thu 9/10/2026 1:41 PM
**To** ctrahn@gmail.com <ctrahn@gmail.com>

1 attachment (59 KB)
2600340 RAHN - TRUSTEE'S REVISED PROPOSED SPREADSHEET.xlsx;

Good afternoon, Mr. Rahn,

I'm following up with my previous email below. Your Confirmation Hearing that was scheduled to be held yesterday, 9/9/2026, has been continued to 10/14/2026 at 10:45 am.

I have revised the Trustee's proposed Plan spreadsheet to help bring your plan payments current through August 2026. Under this proposed plan, your payments will remain $600.00 for the next payment due September 20, 2026 through June of 2028, and will then increase to $728.00 for the payments due July 2028 through January 2031, which is month 60 of the Plan.

IF the attached proposed Plan spreadsheet is ACCEPTABLE to you, please let me know and/or file a Third Amended Plan before the Continued Hearing on 10/14/2026. Once the Plan is amended to resolve the impediments to Confirmation, a proposed Order Confirming Chapter 13 Plan can be prepared by the Trustee before the continued hearing, and your case will be added to the Trustee's ready list that is sent to the Judge prior to the hearing.

**Please also provide the following missing documents to the Trustee ASAP:**

1. Redacted copies of your 2023, 2024 and 2025 Tax Returns.
2. Redacted copies of your pre-petition bank statements. Statements for the 3 months prior to filing are required.
3. Signed copies of the 341 Debtor Disclosure Forms. Blank forms have been mailed to you, and are also attached to this email.

**Please have these requested documents uploaded to the Trustee's secured document portal (Bankruptcy Documents) prior to the continued Confirmation Hearing: https://bkdocs.us/**

Thank you,

Chrystal G.
Paralegal

**Office of Laurie K. Weatherford**
**CHAPTER 13 TRUSTEE**
Middle District of Florida
Orlando Division

Email: info@c13orl.com
Website: https://c13orl.com/

---

**From:** Chrystal G.
**Sent:** Thursday, August 20, 2026 5:25 PM
**To:** ctrahn@gmail.com <ctrahn@gmail.com>
**Subject:** 6:26-bk-00340-TPG CHARLES THOMAS RAHN

Good afternoon, Mr. Rahn,

This email regarding your Chapter 13 Bankruptcy case, for which there is a Confirmation Hearing scheduled on September 9, 2026 at 10:45 AM.

In reviewing for the Confirmation Hearing, the following deficiencies/impediments were found:

1. The Trustee has not received redacted copies of your pre-petition Tax Returns. Redacted copies of your 2023, 2024 and 2025 Tax Returns are REQUIRED. A Motion to Dismiss Case for failure to provide the pre-petition tax returns was filed today at Doc#48.
2. The Trustee has not received redacted copies of your pre-petition bank statements. Bank statements for the 3 months prior to filing are required.
3. The Trustee has not received signed copies of the 341 Debtor Disclosure Forms. I have attached blank forms to this email.
4. Your plan payments are delinquent in the amount of $1,200.00. A Motion to Dismiss for failure to maintain timely plan payments was also filed today at Doc#49.
5. The 2nd Amended Plan (Doc#40) does not meet liquidity requirements. Liquidity in your case exceeds the total unsecured claim amount, therefore your Plan must provide for 100% payment to the unsecured class.

The Trustee's Notice of Deficiency for Confirmation and Recommendation was filed at Doc#50, which lists the above-mentioned deficiencies/impediments. A copy of the Notice has been mailed to you. The Notice of Deficiency includes the Trustee's recommended/proposed Plan spreadsheet (that is also attached to this email). Please review the proposed spreadsheet carefully and advise if it is acceptable to you.

If the Trustee's proposed Plan spreadsheet is acceptable, an Order Confirming Chapter 13 Plan will be prepared which will be SUBJECT TO items 1-4 listed above being resolved.

**Please have the requested documents uploaded to the Trustee's secured document portal (Bankruptcy Documents) prior to the Confirmation Hearing: https://bkdocs.us/**

**Reminder - The Trustee's office is not a law firm and is not authorized to provide any party with legal advice of any kind. Any communication from the Chapter 13 Trustee and/or her staff should not be construed as legal advice. There is a Pro Se Clinic which offers legal assistance to Debtors who chose to file bankruptcy without an attorney. Their services are available via**
https://www.bankruptcyproseclinic.com/

Thank you,

**Chrystal G.**
Paralegal

**Office of Laurie K. Weatherford**
**CHAPTER 13 TRUSTEE**
Middle District of Florida
Orlando Division
Email: info@c13orl.com
Website: https://c13orl.com/

| DUE DATE | | 26-340 | | | RAHN | 2ND AMENDED DE40 6/29/26 | | | | | | # 350 | | | CLAIM 6 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20th | | 2/20/2026 | | | | 10.0% | | | | | | MONITORING | | | SOUTHERN VILLAS | | S |
| | | Unsecured | | | Debtor Pmt | Tee Fee | | | ATTY | | | FEE | | | HOA | | |
| | 60 | | 60 | | | | | | | | | | | | | | |
| 2/20/2026 | 1 | ($0.00) | | | $285.72 | $28.57 | 1 | at | PRO SE | 1 | at | PRO SE | 1 | at | PD DIRECT | | |
| 3/20/2026 | 2 | ($0.00) | | | $285.72 | $28.57 | | | | | | | | | | | |
| 4/20/2026 | 3 | ($0.00) | | | $285.72 | $28.57 | | | | | | | | | | | |
| 5/20/2026 | 4 | ($0.00) | | | $285.72 | $28.57 | | | | | | | | | | | |
| 6/20/2026 | 5 | ($0.00) | | | $285.72 | $28.57 | | | | | | | | | | | |
| 7/20/2026 | 6 | ($0.00) | | | $285.72 | $28.57 | | | | | | | | | | | |
| 8/20/2026 | 7 | ($0.00) | 7 | at | $285.72 | $28.57 | | | | | | | | | | 7 | at |
| 9/20/2026 | 8 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 10/20/2026 | 9 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 11/20/2026 | 10 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 12/20/2026 | 11 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 1/20/2027 | 12 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 2/20/2027 | 13 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 3/20/2027 | 14 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 4/20/2027 | 15 | $0.00 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 5/20/2027 | 16 | $9.79 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 6/20/2027 | 17 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 7/20/2027 | 18 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 8/20/2027 | 19 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 9/20/2027 | 20 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 10/20/2027 | 21 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 11/20/2027 | 22 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 12/20/2027 | 23 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 1/20/2028 | 24 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 2/20/2028 | 25 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 3/20/2028 | 26 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 4/20/2028 | 27 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 5/20/2028 | 28 | $31.56 | | | $600.00 | $60.00 | | | | | | | | | | | |
| 6/20/2028 | 29 | $31.56 | 22 | at | $600.00 | $60.00 | | | | | | | | | | 22 | at |
| 7/20/2028 | 30 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 8/20/2028 | 31 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 9/20/2028 | 32 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 10/20/2028 | 33 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 11/20/2028 | 34 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 12/20/2028 | 35 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 1/20/2029 | 36 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 2/20/2029 | 37 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 3/20/2029 | 38 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 4/20/2029 | 39 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 5/20/2029 | 40 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 6/20/2029 | 41 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 7/20/2029 | 42 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 8/20/2029 | 43 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 9/20/2029 | 44 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 10/20/2029 | 45 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 11/20/2029 | 46 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 12/20/2029 | 47 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 1/20/2030 | 48 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 2/20/2030 | 49 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 3/20/2030 | 50 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 4/20/2030 | 51 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 5/20/2030 | 52 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 6/20/2030 | 53 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 7/20/2030 | 54 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 8/20/2030 | 55 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 9/20/2030 | 56 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 10/20/2030 | 57 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 11/20/2030 | 58 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | | |
| 12/20/2030 | 59 | $113.96 | | | $728.00 | $72.80 | | | | | | | | | | 30 | at |
| 1/20/2031 | 60 | $114.71 | 31 | at | $728.00 | $72.80 | 59 | at | | 59 | at | | 59 | at | | 1 | at |
| | | | | | | | | | | | | | | | | | |
| | | $3,953.57 | | | $37,768.04 | $3,776.80 | | | | | | | | | | | |
| DI = $385.00 | | $3,939.31 | | | | | | | ATTY | | | | | | | | |
| | | 100% | | | | | | | | | | Claim # 350 | | | | | |
| | | 100% PLAN | | | | | | | | | | | | | | | |
| | | DUE TO LIQ | | | | | | | | | | | | | | | |

| DUE DATE | | CLAIM 6 |
|---|---|---|
| 20th | | OUTHERN VILLAS |
| | | HOA ARREARS |
| | 60 | |
| 2/20/2026 | 1 | $185.73 |
| 3/20/2026 | 2 | $185.73 |
| 4/20/2026 | 3 | $185.73 |
| 5/20/2026 | 4 | $185.73 |
| 6/20/2026 | 5 | $185.73 |
| 7/20/2026 | 6 | $185.73 |
| 8/20/2026 | 7 | **$185.73** |
| 9/20/2026 | 8 | $437.02 |
| 10/20/2026 | 9 | $437.02 |
| 11/20/2026 | 10 | $437.02 |
| 12/20/2026 | 11 | $437.02 |
| 1/20/2027 | 12 | $437.02 |
| 2/20/2027 | 13 | $437.02 |
| 3/20/2027 | 14 | $437.02 |
| 4/20/2027 | 15 | $437.02 |
| 5/20/2027 | 16 | $437.02 |
| 6/20/2027 | 17 | $437.02 |
| 7/20/2027 | 18 | $437.02 |
| 8/20/2027 | 19 | $437.02 |
| 9/20/2027 | 20 | $437.02 |
| 10/20/2027 | 21 | $437.02 |
| 11/20/2027 | 22 | $437.02 |
| 12/20/2027 | 23 | $437.02 |
| 1/20/2028 | 24 | $437.02 |
| 2/20/2028 | 25 | $437.02 |
| 3/20/2028 | 26 | $437.02 |
| 4/20/2028 | 27 | $437.02 |
| 5/20/2028 | 28 | $437.02 |
| 6/20/2028 | 29 | **$437.02** |
| 7/20/2028 | 30 | $469.82 |
| 8/20/2028 | 31 | $469.82 |
| 9/20/2028 | 32 | $469.82 |
| 10/20/2028 | 33 | $469.82 |
| 11/20/2028 | 34 | $469.82 |
| 12/20/2028 | 35 | $469.82 |
| 1/20/2029 | 36 | $469.82 |
| 2/20/2029 | 37 | $469.82 |
| 3/20/2029 | 38 | $469.82 |
| 4/20/2029 | 39 | $469.82 |
| 5/20/2029 | 40 | $469.82 |
| 6/20/2029 | 41 | $469.82 |
| 7/20/2029 | 42 | $469.82 |
| 8/20/2029 | 43 | $469.82 |
| 9/20/2029 | 44 | $469.82 |
| 10/20/2029 | 45 | $469.82 |
| 11/20/2029 | 46 | $469.82 |
| 12/20/2029 | 47 | $469.82 |
| 1/20/2030 | 48 | $469.82 |
| 2/20/2030 | 49 | $469.82 |
| 3/20/2030 | 50 | $469.82 |
| 4/20/2030 | 51 | $469.82 |
| 5/20/2030 | 52 | $469.82 |
| 6/20/2030 | 53 | $469.82 |
| 7/20/2030 | 54 | $469.82 |
| 8/20/2030 | 55 | $469.82 |
| 9/20/2030 | 56 | $469.82 |
| 10/20/2030 | 57 | $469.82 |
| 11/20/2030 | 58 | $469.82 |
| 12/20/2030 | 59 | **$469.82** |
| 1/20/2031 | 60 | **$469.80** |
| | | |
| | | $25,478.95 |
| **DI = $385.00** | | **$25,478.95** |
| | | **$21,965.22 @ 6% INT** |
| | | |
| | | |

| DUE DATE | | CLAIM 6 | | | CLAIM 1 | | | CLAIM 2 | | | CLAIM 3 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20th | | SOUTHERN VILLAS | | | ORANGE COUNTY | | | ORANGE COUNTY | | | ORANGE COUNTY | | | | | | | |
| | | POSTPET FEES | | | TAX COLLECTOR | | | TAX COLLECTOR | | | TAX COLLECTOR | | | | | | | |
| | 60 | | | | 2024 PROP. TAXES | | | 2023 TAXES | | | 2025 TAXES | | | | | | | |
| 2/20/2026 | 1 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 3/20/2026 | 2 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 4/20/2026 | 3 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 5/20/2026 | 4 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 6/20/2026 | 5 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 7/20/2026 | 6 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 8/20/2026 | 7 | 7 | at | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 9/20/2026 | 8 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 10/20/2026 | 9 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 11/20/2026 | 10 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 12/20/2026 | 11 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 1/20/2027 | 12 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 2/20/2027 | 13 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 3/20/2027 | 14 | | | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 4/20/2027 | 15 | 8 | at | $31.56 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 5/20/2027 | 16 | 1 | at | $21.77 | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 6/20/2027 | 17 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 7/20/2027 | 18 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 8/20/2027 | 19 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 9/20/2027 | 20 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 10/20/2027 | 21 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 11/20/2027 | 22 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 12/20/2027 | 23 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 1/20/2028 | 24 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 2/20/2028 | 25 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 3/20/2028 | 26 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 4/20/2028 | 27 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 5/20/2028 | 28 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 6/20/2028 | 29 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 7/20/2028 | 30 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 8/20/2028 | 31 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 9/20/2028 | 32 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 10/20/2028 | 33 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 11/20/2028 | 34 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 12/20/2028 | 35 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 1/20/2029 | 36 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 2/20/2029 | 37 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 3/20/2029 | 38 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 4/20/2029 | 39 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 5/20/2029 | 40 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 6/20/2029 | 41 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 7/20/2029 | 42 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 8/20/2029 | 43 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 9/20/2029 | 44 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 10/20/2029 | 45 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 11/20/2029 | 46 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 12/20/2029 | 47 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 1/20/2030 | 48 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 2/20/2030 | 49 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 3/20/2030 | 50 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 4/20/2030 | 51 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 5/20/2030 | 52 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 6/20/2030 | 53 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 7/20/2030 | 54 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 8/20/2030 | 55 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 9/20/2030 | 56 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 10/20/2030 | 57 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 11/20/2030 | 58 | | | | | | $23.98 | | | $25.71 | | | $21.73 | | | | | |
| 12/20/2030 | 59 | | | | 59 | at | $23.98 | 59 | at | $25.71 | 59 | at | $21.73 | | | | | |
| 1/20/2031 | 60 | 44 | at | | 1 | at | $23.75 | 1 | at | $25.32 | 1 | at | $21.62 | 60 | at | | 60 | at |
| | | | | | | | | | | | | | | | | | | |
| | | | | $274.25 | | | $1,438.57 | | | $1,542.21 | | | $1,303.69 | | | | | |
| **DI = $385.00** | | | | **$274.25** | | | **$1,438.57** | | | **$1,542.21** | | | **$1,303.69** | | | | | |
| | | | | **PPMF** | | | **$944.19 @ 18% INT** | | | **$1,012.21 @ 18% INT** | | | **$855.66 @ 18% INT** | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |