**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: September 15, 2026**

Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:26−bk−00340−TPG
Chapter 13

Charles Thomas Rahn

Debtor* /

***ORDER OVERRULING OBJECTIONS TO CLAIMS NO. 4−1 AND NO. 5−1 OF ORLANDO CREDIT UNION***

THIS CASE came on for consideration, without hearing, of the Objections to Claims No. 4−1 and No. 5−1 of Orlando Credit Union filed by Debtor Charles Thomas Rahn , Doc. # 54 and 55 . After review, the Court determines that the objection is deficient as follows:

Service on required parties is not indicated. Local Rule 9013−3.

Service upon the claimant is not indicated or the claimant was not served in the manner required by the Federal Rules of Bankruptcy Procedure or Local Rules. Fed. R. Bankr. P. 3007(a), and Local Rule 3007−1(b).

Accordingly it is

***ORDERED:***

The objection is overruled to allow movant to file an amended objection.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.