**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FILED ORL INTAKE - USBC
18 SEP 2026 PM2:03

In re:
**CHARLES THOMAS RAHN,**
Debtor.
_______________________________/

Case No.: **6:26-bk-00340-TPG**
Chapter 13

# DEBTOR'S MOTION TO AMEND INCOME DEDUCTION ORDER (DOCS. 30 AND 45) TO INCLUDE HOMEOWNERS ASSOCIATION ASSESSMENTS IN PLAN PAYMENTS

CHARLES THOMAS RAHN, Debtor, pro se, moves under 11 U.S.C. § 1325(c) to amend the Income Deduction Order (Doc. 30), as amended by Doc. 45, to increase the monthly deduction from Debtor's City of Orlando Police Pension so that the plan payment includes Debtor's regular monthly homeowners association assessment, and states:

## I. BACKGROUND

1. On January 20, 2026, Debtor filed a voluntary petition under chapter 13. Debtor is proceeding without an attorney.

2. On April 28, 2026, the Court entered an order directing the City of Orlando Police Pension Fund to deduct $385.00 per month from Debtor's pension and remit it to the Chapter 13 Trustee (Doc. 30). On July 13, 2026, the Court amended that order to increase the deduction to $600.00 per month (Doc. 45).

3. Debtor's residence at 4589 Southfield Avenue, Orlando, Florida 32812 is subject to the lien of Southern Villas Homeowners Association, Inc. (the "Association"). The Association's regular assessment is $269.85 per month.

4. Contemporaneously with this Motion, Debtor has filed a Fourth Amended Chapter 13 Plan on the Court's Model Chapter 13 Plan. The plan cures the Association's prepetition arrears of $21,965.22 through the plan and, beginning with the plan payment due December 20, 2026 (month 11), provides for the Trustee to pay the Association's regular monthly assessment of $269.85 through the plan (Sections C.5(a) and E.4(c)).

5. To fund that disbursement and the Trustee's 10% fee on it, the plan payment increases by $299.83 per month beginning with month 11. The plan payments are $600.00 per month for months 8 through 10, $899.83 per month for months 11 through 29 (December 20, 2026 through June 20, 2028), and $1,027.83 per month for months 30 through 60 (July 20, 2028 through January 20, 2031).

## II. RELIEF REQUESTED AND BASIS

6. Under 11 U.S.C. § 1325(c), the Court may order any entity from whom the debtor receives income to pay all or any part of that income to the trustee.

7. Debtor asks that the deduction be increased to $899.83 per month beginning with the December 2026 pension disbursement, and to $1,027.83 per month beginning with the July 2028 pension disbursement, so that both steps are in place now and no further motion is needed in 2028. The December 2026 start allows time for entry of the order and for the Pension Fund to change the deduction.

8. Paying the Association's assessment through the pension deduction ensures that the assessment is paid on time every month, protects Debtor's residence, and supports the Association's withdrawal of its Objection to Confirmation (Doc. 32).

9. Debtor's Schedule I reports pension income of $1,635.00 per month and Social Security income of $2,180.00 per month. Debtor's Schedule J already budgets for homeowners association dues, which Debtor will no longer pay directly once the Trustee pays them through the plan. The amended deduction will not reduce Debtor's income below the level necessary for basic living expenses, and Debtor's remaining income after the deduction is sufficient to meet his reasonable and necessary monthly expenses.

10. Until the Pension Fund begins deducting the increased amount, Debtor will pay the Trustee directly any part of a plan payment that the Pension Fund does not remit.

WHEREFORE, Debtor, Charles Thomas Rahn, requests that the Court enter an order, substantially in the form attached as Exhibit A, (a) granting this Motion; (b) amending the Income Deduction Order (Docs. 30 and 45) to direct the City of Orlando Police Pension Fund to deduct $899.83 per month from Debtor's pension beginning with the December 2026 disbursement, and $1,027.83 per month beginning with the July 2028 disbursement, and to remit those amounts to the Chapter 13 Trustee; and (c) granting such other relief as is just and proper.

Respectfully submitted this 18th day of September, 2026.

_______________________________

Charles Thomas Rahn
Pro Se Debtor
4589 Southfield Avenue
Orlando, FL 32812
Telephone: (407) 383-3405

**PROOF OF SERVICE**

Statement of Non-Attorney Under Penalty of Perjury — Local Rule 9013-3(d)

I, Charles Thomas Rahn, state as follows:

1. My name and address are Charles Thomas Rahn, 4589 Southfield Avenue, Orlando, Florida 32812. I am the Debtor in this case, I am proceeding without an attorney, and I am the party on whose behalf service is made.

2. On September 18, 2026, I served a true and correct copy of the foregoing Debtor's Motion to Amend Income Deduction Order (Docs. 30 and 45), with Exhibit A, by first-class U.S. Mail, postage prepaid, on each of the following persons at the address stated:

**(a) Chapter 13 Trustee:**

Laurie K. Weatherford, Chapter 13 Trustee
Post Office Box 3450
Winter Park, FL 32790-3450

**(b) United States Trustee:**

Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

**(c) Payor under the Income Deduction Order:**

City of Orlando Police Pension Fund
Office of Business and Financial Services
Attn: Pension Coordinator, 4th Floor, City Hall
400 South Orange Avenue
Orlando, FL 32801

**(d) Southern Villas Homeowners Association, Inc., through counsel:**

Southern Villas Homeowners Association, Inc.
c/o Carlos R. Arias, Esq., Arias Bosinger, PLLC
280 W. Canton Avenue, Suite 330
Winter Park, FL 32789-3167

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2026, at Orlando, Florida.

______________________________
Charles Thomas Rahn, Debtor, Pro Se