**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

CASE NO. 26-00340-TPG

CHARLES THOMAS RAHN,

CHAPTER 7

Debtor.
_______________________________________/

**WITHDRAWAL OF PROOF OF CLAIM (#5)**

ORLANDO CREDIT UNION, through undersigned counsel, withdraws its Proof of Claim (#5) filed on April 10th, 2026.

/s/ J. BLAIR BOYD
JAMES E. SORENSON (FL Bar #0086525)
D. TYLER VAN LEUVEN (FL Bar #0178705) &
J. BLAIR BOYD (FL Bar #28840)
STEPHEN A. ORSILLO (FL Bar #89377)
Sorenson Van Leuven, PLLC.
Post Office Box 3637
Tallahassee, Florida 32315-3637
Telephone (850) 388-0500
Facsimile (850) 391-6800
bk@svllaw.com
Attorneys for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Charles Thomas Rahn, 4589 Southfield Avenue, Orlando, FL 32812, PRO SE Debtor and Laurie K. Weatherford, Post Office Box 3450, Winter Park, FL 32790, Trustee, by electronic means or U.S. Mail on this 22nd day of September, 2026.

/s/ J. BLAIR BOYD
Attorney