UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Case No. 6:26-bk-00340-TPG
Chapter 13

CHARLES THOMAS RAHN,

Debtor(s).
_____________________________________/

**TRUSTEE'S NOTICE OF FILING DEBTOR CORRESPONDENCE**

COMES NOW, the Chapter 13 Trustee, Laurie K. Weatherford, and files with the Court a copy of correspondence received from the Pro Se Debtor, Charles Thomas Rahn.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have forwarded a true and correct copy of the foregoing via United States Regular Mail or by electronic transmission on October 5, 2026 to the following:

**Debtor** - Charles Thomas Rahn, 4589 Southfield Ave., Orlando, FL 32812

BY: /s/ Laurie K. Weatherford
LAURIE K. WEATHERFORD, Trustee
Stuart Ferderer, Esquire
Fla. Bar No. 0746967
Ana V. De Villiers, Esquire
Fla Bar No. 0123201
Post Office Box 3450
Winter Park, Florida 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665
info@c13orl.com

**CHARLES THOMAS RAHN**
4589 Southfield Avenue, Orlando, Florida 32812
Telephone: (407) 383-3405 | ctrahn@gmail.com

September 18, 2026

Laurie K. Weatherford
Chapter 13 Standing Trustee
Attn: Chrystal G., Paralegal
Post Office Box 3450
Winter Park, Florida 32790-3450

**Re: In re Charles Thomas Rahn, Case No. 6:26-bk-00340-TPG**

Delivery of the documents requested in the Trustee's Notice of Deficiency for Confirmation and Recommendation (Doc. 50): signed 341 debtor disclosure forms, pre-petition bank statements, and the 2023, 2024, and 2025 federal income tax returns

Dear Ms. Weatherford:

I am the Debtor in the above case and I am proceeding without an attorney. Enclosed are the documents your office requested in the Notice of Deficiency (Doc. 50) and in the correspondence filed at Doc. 52.

**1. Enclosures**

(a) Signed 341 Debtor Disclosure Forms — the complete packet, signed and dated: Trustee's Notice of Payment Requirements; Debtor Duties and Disclosures; Authorization for Release and Transmittal of Financial Information; Incurring Debt; and Internet Availability Notice.

(b) Bank statements for the three months preceding the January 20, 2026 petition — October, November, and December 2025. Account numbers are redacted to the last four digits.

(c) Copies of my signed federal income tax returns for 2023, 2024, and 2025, in the form mailed to the Internal Revenue Service. Each return is a Form 1040-SR; the 2025 return includes Schedule 1-A. My Social Security number is redacted to the last four digits on the enclosed copies, and I will provide unredacted copies on request.

(d) A copy of the certified mail receipt for that mailing.

**2. The 2023, 2024, and 2025 returns have been filed with the Internal Revenue Service**

All three returns were mailed together on September 18, 2026 to the Department of the Treasury, Internal Revenue Service, Austin, Texas 73301-0002, by certified mail, return receipt requested, under certified mail article number 9589 0710 5270 2610 8237 62. The envelope contained my signed Form 1040-SR for each of 2023, 2024, and 2025, with Schedule 1-A accompanying the 2025 return.

Under 26 U.S.C. § 7502 the postmark date is the date of filing. The returns were filed on paper rather than electronically because the 2025 return transmitted by a paid preparer on April 12, 2026 was rejected on a prior-year verification check and the ten-day perfection period expired. With no return on file for the preceding year, a second electronic attempt would fail the same check.

Because the Internal Revenue Service takes several months to post paper returns to a taxpayer's account, account transcripts for these years will not reflect the returns for some time. The enclosed certified mail

receipt is the contemporaneous evidence of filing, and I will forward account transcripts as soon as they are available.

I respectfully ask that the Trustee's Motion to Dismiss under 11 U.S.C. §§ 1308 and 521 (Doc. 48) now be withdrawn, or held in abeyance until the transcripts issue.

**3. Tax refunds**

The returns claim refunds of $123 for 2023, $77 for 2024, and $727 for 2025 — $927 in total. I gave the Internal Revenue Service no direct deposit instructions, so each refund will be paid by check mailed to me. I understand my obligation to surrender all tax refunds to your office, and I will endorse each check to the Trustee and forward it promptly on receipt.

**4. Confirmation**

On September 18, 2026 I filed my Fourth Amended Chapter 13 Plan. It follows your office's revised proposed spreadsheet transmitted September 10, 2026 and filed at Doc. 52, except that the Southern Villas Homeowners Association's regular monthly assessment of $269.85 is now paid by the Trustee through the plan beginning with the December 20, 2026 payment, funded by an increase in the income deduction. I filed a motion the same day asking the Court to amend the income deduction order to $899.83 per month beginning December 2026 and to $1,027.83 per month beginning July 2028.

I ask that your office re-run the spreadsheet to reflect the dues paid through the plan, prepare the proposed order confirming the plan, and add this case to the ready list for the continued confirmation hearing on October 14, 2026 at 10:45 a.m.

If anything enclosed is incomplete, or if your office needs additional months of bank statements or any other document, please contact me at the telephone number or email address above.

Respectfully,

Charles Thomas Rahn
Debtor, pro se

**Enclosures:** Signed 341 debtor disclosure forms (5 forms); bank statements for October, November, and December 2025; copies of the 2023, 2024, and 2025 federal income tax returns; copy of the certified mail receipt.