UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/14/2026 10:45 AM

COURTROOM 6A, 6th Floor

HONORABLE TIFFANY GEYER

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:26-bk-00340-TPG** | **13** | **01/20/2026** |

**Chapter 13**

**DEBTOR:** Charles Rahn

**DEBTOR ATTY:** **NA**

**TRUSTEE:** **Laurie Weatherford**

**HEARING:**

Continued Confirmation Hearing - R
Fourth Amended Chapter 13 Plan (Doc #61) 9/18/26
Southern Villas HOA's Objection (Doc #32) 5/11/26
Pending w/neg notice:
-Debtor's Amended Objection to Claim 4-1 of Orlando Credit Union (Doc #63) 9/18/26 - claim 4 withdrawn (Doc #66) 9/22/26
-Debtor's Amended Objection to Claim 5-1 of Orlando Credit Union (Doc #64) 9/14/26 - claim 5 withdrawn (Doc #67) 9/22/26
Notes: 9/9
Trustee's Notice of Filing Debtor Correspondence (Doc #71) 10/5/26
Order Granting Second Motion to Amend Wage Deduction Order (Doc #68) 9/28/26
Trustee's Notice of Filing Correspondence sent via email to the Pro Se Debtor, Charles Thomas Rahn on September 10, 2026 (Doc #52) 9/10/26
Trustee's Notice of Deficiency for Confirmation and Recommendation (Doc #50) 8/20/26
341 concluded 4/16/26
claims deadline: 5/27/26
Case Reinstated (Doc #23) 3/18/26
Prior Cases:
25-8168-TPG (13) filed 12/16/25, Dismissed 3/29/26 (failure to pay filing fee)
25-1337-TPG (7) filed 3/10/25, Discharged 7/14/25
24-3481-TPG (7) filed 7/9/24, Dismissed 11/22/24 (failure to attend 341 meeting and provide documents)

**APPEARANCES:**:

Laurie K Weatherford, Trustee,

**RULING:**

Continued Confirmation Hearing

Fourth Amended Chapter 13 Plan (Doc #61): Confirmed; Order by Trustee,

Southern Villas HOA's Objection (Doc #32),

(NH)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.